# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| Filer's Name: | L. Bishop Austin | Atty Name (if applicable): | L. Bishop Austin |
| Street Address: | 3250 WILSHIRE BLVD., STE 1500<br>LOS ANGELES, CA 90010 | CA Bar No. (if applicable): | 175497 |
| Filer's Telephone No.: | (213) 388-4939 | Atty Fax No. (if applicable): | (213)388-2411 |

| | |
|---|---|
| In re:<br><br>Margarita Escoto | Case No. 2:10-bk-28282-RN<br><br>Chapter 7 |

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $26.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?

☐ Yes    ☒ No

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

☒ A    ☐ B    ☒ C    ☐ D    ☐ E    ☐ F    ☐ G    ☐ H    ☐ I    ☐ J

☐ Statement of Social Security Number(s)    ☐ Statement of Financial Affairs

☐ Statement of Intention    ☒ Other: summary of schedules

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ATTACHED.

I/We, Margarita Escoto, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

**\*\*FOR COURT USE ONLY\*\***

DATED: August 19, 2010

/s/ Margarita Escoto
Margarita Escoto
*Debtor Signature*

*Co-Debtor Signature*

***\*\*SEE PROOF OF SERVICE\*\****

B-1008 *Revised November 2003*

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

## PROOF OF SERVICE

I hereby certify that a copy of the Amendment(s) was(were) mailed to the Trustee and that notice was given to the additional creditors listed.

DATED: August 19, 2010

L. Bishop Austin
Print or Type Name

/s/ L. Bishop Austin
*Signature*

(SEE ATTACHED MAILING LIST.)

B-1008 *Revised November 2003*

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Central District of California

In re    Margarita Escoto                                   ,    Case No.  2:10-bk-28282-RN
                                    Debtor
                                                                  Chapter                  7

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 150,000.00 | | |
| B - Personal Property | Yes | 3 | 21,639.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 171,417.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | 45,360.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 3,089.33 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 3,088.00 |
| Total Number of Sheets of ALL Schedules | | 16 | | | |
| | | Total Assets | 171,639.00 | | |
| | | | Total Liabilities | 216,777.00 | |

**Form 6 - Statistical Summary (12/07)**

# United States Bankruptcy Court
## Central District of California

In re  Margarita Escoto, Debtor

Case No. 2:10-bk-28282-RN

Chapter 7

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 3,089.33 |
| Average Expenses (from Schedule J, Line 18) | 3,088.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 3,540.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 4,149.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 45,360.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 49,509.00 |

B6A (Official Form 6A) (12/07)

In re  Margarita Escoto, Case No. 2:10-bk-28282-RN
Debtor

# SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Single familiy residence, located at: 1429 Masser Ave, Montebello CA 90640<br>Joint tenancy with debtor's daughter Carla Escoto.<br>50/50 interest on the property. Total equity = $146,732.<br>Debtor's equity $73,366.00 (50%)<br>FMV provided from comparable sales | Fee simple | - | 150,000.00 | 153,268.00 |

|  |  |  |
|---|---|---|
| Sub-Total > | 150,000.00 | (Total of this page) |
| Total > | 150,000.00 |  |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

In re    Margarita Escoto           ,    Case No.   2:10-bk-28282-RN
                        Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** <br> Single familiy residence, located at: 1429 Masser Ave, Montebello CA 90640 <br> Joint tenancy with debtor's daughter Carla Escoto. 50/50 interest on the property. Total equity = $146,732. Debtor's equity $73,366.00 (50%) <br> FMV provided from comparable sales | C.C.P. § 704.730 | 73,366.00 | 300,000.00 |
| **Cash on Hand** <br> Cash on hand | C.C.P. § 704.020 | 200.00 | 200.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** <br> Checking / Saving account at Chase | C.C.P. § 704.080 | 100.00 | 100.00 |
| Checking / Saving account at Union Bank | C.C.P. § 704.080 | 300.00 | 300.00 |
| **Household Goods and Furnishings** <br> Various household goods and furnitures | C.C.P. § 704.020 | 2,000.00 | 2,000.00 |
| **Wearing Apparel** <br> Personal clothing and wearing apparel | C.C.P. § 704.020 | 1,000.00 | 1,000.00 |
| **Furs and Jewelry** <br> Personal small jewerly items | C.C.P. § 704.040 | 300.00 | 300.00 |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** <br> Income tax refund 2009 | C.C.P. § 704.070 | 3,739.00 | 3,739.00 |
| | Total: | 81,005.00 | 307,639.00 |

  0   continuation sheets attached to Schedule of Property Claimed as Exempt

```
MARGARITA ESCOTO
1429 MASSER AVE
MONTEBELLO, CA 90640


L. BISHOP AUSTIN
L. BISHOP AUSTIN & ASSOCIATES
3250 WILSHIRE BLVD., STE 1500
LOS ANGELES, CA 90010
```

```
MARGARITA ESCOTO
1429 MASSER AVE
MONTEBELLO, CA 90640


AMERICAN GENERAL FINANCIAL SERVICES
11725 WHITTIER BLVD
WHITTIER, CA 90601


BISHOP WHITE & MARSHALL
ATTN.: BARBARA L. BOLLERO
CASE # 10K02227
1355 WILLOS WAY STE 254
CONCORD, CA 94520


CARD SERVICE CENTER
PO BOX 5877
HICKSVILLE, NY 11802


CARDMEMBER SERVICE
PO BOX 94014
PALATINE, IL 60094


CHAPTER 7 TRUSTEE RICHARD K DIAMOND
DANNING, GILL, DIAMOND & KOLLITZ
2029 CENTURY PARK EAST 3RD FL
LOS ANGELES, CA 90067


CHASE BANK
CT CORP
818 WEST 7TH ST., 2ND FL
LOS ANGELES, CA 90017


CHASE BANK USA
PO BOX 15145
WILMINGTON, DE 19850
```

```
CITIBANK
PO BOX 769013
SAN ANTONIO, TX 78245


DISCOVER
PO BOX 6103
CAROL STREAM, IL 60197


DISCOVER BANK
720 OLIVE WAT STE 1301
SEATTLE, WA 98101


EQUIFAX CREDIT INFORMATION
BANKRUPTCY NOTIFICATION
PO BOX 740241
ATLANTA, GA 30374


EXPERIAN
BANKRUPTCY NOTIFICATION
475 ANTON BLVD
COSTA MESA, CA 92626


HFC
PO BOX 60101
CITY OF INDUSTRY, CA 91716


HOME DEPOT CREDIT SERVICES
PO BOX 6028
THE LAKES, NV 88901


HUNT & HENRIQUES
151 BERNAL ROAD
CASE # 10K07165
SAN JOSE, CA 95119
```

```
HUNT & HENRIQUES
151 BERNAL ROAD
CASE # 09K14833
SAN JOSE, CA 95119


HUNT & HENRIQUES
151 BERNAL ROAD
CASE # 10K01879
SAN JOSE, CA 95119


JC PENNEY
PO BOX 960090
ORLANDO, FL 32896


JPMORGAN CHASE BANK COURT ORDERS
PO BOX 260164
BATON ROUGE, LA 70826


JPMORGAN CHASE LEGAL DEPT
300 S. GRAND AVE 4TH FL
CASE # 09K14833
LOS ANGELES, CA 90071


LOS ANGELES SHERIFF
110 N. GRAND AVE #525
CASE 09K14833
LOS ANGELES, CA 90012


SANTANDER CONSUMER USA
PO BOX 961245
FORT WORTH, TX 76161


TARGET NATIONAL BANK
PO BOX 59317
MINNEAPOLIS, MN 55459
```

```
TRANS UNION CREDIT BUREAU
BANKRUPTCY NOTIFICATION
PO BOX 2000
CHESTER, PA 19022
```